IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEITH HUGH JENSEN,

    Petitioner,                    No. S-09-0512 DAD P

    vs.

ROBERT J. HERNANDEZ,

    Respondent.                   <u>ORDER</u>

_____/

        On December 2, 2010, this court issued an order requiring respondent to: (1) file a response to petitioner's claim that his federal constitutional rights were violated by the failure of the trial court to obtain a renewal of his waiver of his right to counsel when the charging information was amended to add enhancement allegations that increased the maximum sentence petitioner could receive; and (2) lodge the transcript of both petitioner's sentencing proceeding and the hearing on the motion to amend the information. On December 29, 2010, respondent requested an extension of time to file a response to the December 2, 2010 order. On December 22, 2010, petitioner filed a motion for an order allowing him to file a reply to respondent's response and requiring respondent to provide him with a copy of the requested transcripts.

/////

/////

Good cause appearing, IT IS HEREBY ORDERED that:

1. Respondent's December 29, 2010 request for an extension of time (doc. No. 35) is granted;

2. Respondent shall file a response to the December 2, 2010 order on or before January 31, 2011;

3. Petitioner's December 22, 2010 "motion for order" (doc. No. 34) is granted;

4. Petitioner may file a reply to respondent's response to the December 2, 2010 order within thirty days of service of respondent's response on petitioner; and

5. Respondent shall provide petitioner with a copy of all transcripts lodged in compliance with the December 2, 2010 order.

DATED: January 4, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:8:jensen512.ext