IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEITH HUGH JENSEN,

    Petitioner,               No. CIV S-09-0512 DAD P

  vs.

ROBERT J. HERNANDEZ,

    Respondent.          ORDER

_____/

        Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Therein, petitioner raises nineteen separate claims for federal habeas relief. In support of his answer to the petition, respondent has lodged the state court record, including pages 1-2381 of the Reporter's Transcript on Appeal. However, the Reporter's Transcript lodged by respondent is not a complete record of petitioner's state court trial and, in particular, does not include the sentencing proceedings in petitioner's case.

        In grounds twelve, thirteen and fourteen of his federal habeas petition, petitioner alleges claims related to his sentencing. In support of those claim, petitioner cites to the state court record of his sentencing proceedings. Moreover, respondent has cited to the same portion of the record in his opposition to these claims. (See e.g., Answer at 41.) The court finds that the entire transcript of the state court proceedings in petitioner's case, including the sentencing

1

1  proceedings, is necessary to an adjudication of the claims contained in the pending petition, and
2  in particular to claims twelve, thirteen, and fourteen.
3        Accordingly, IT IS ORDERED that, within twenty-one days from the date of this
4  order, respondent shall lodge with the court the remainder of the Reporter's Transcript of the
5  proceedings in petitioner's state court case, including petitioner's sentencing proceedings.
6  DATED: April 29, 2011.

                                                  /s/ Dale A. Drozd
                                            DALE A. DROZD
                                            UNITED STATES MAGISTRATE JUDGE

DAD:8
jensen512.2o